NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MA ELENA VARGAS GUERRA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary of Department of Homeland Security; Jeanne Kent, Field Director, USCIS,<br><br>Defendant. | Case No.: 2:19-cv-00655-JAD-NJK<br><br>Order and<br>**Stipulation to Extend Time to File Objections to Magistrate Judge's Report and Recommendation, ECF No. 11**<br><br>**(First Request)**<br><br>ECF No. 12 |

Pursuant to LR IA 6-1(a) and LR IB 3-2(a), the parties, through undersigned counsel, hereby stipulate to a 14-day extension of the deadline to file objections to Magistrate Judge Koppe's Report and Recommendation, ECF No. 11, which would extend the current deadline from **Friday, January 24, 2020** to **Friday, February 7, 2020**. This is the first stipulaton to extend time to file objections to the Report and Recommendation.

The stipulation is not sought for purposes of delay or any other improper purpose. Upon being served with a copy of the Report and Recommendation, undersigned counsel conferred with their respective clients and have a reached a tentative agreement to remand this matter to USCIS for adjudication of the Petitioner's N-400 naturalizatoin application. The parties need the additional time to work out the details and process on remand. It is anticipated that the parties will be able to submit a stipulation to remand before the new deadline to file objections, but the parties seek to preserve the opportunity to object in the

event they are unable to reach consensus on the details of remand. Accordingly, for good cause, the parties ask that the deadline to file objection to the Report and Recommendation be extended to **Friday, February 7, 2020**.

Respectfully submitted this 24th day of January 2020.

| | |
|---|---|
| FOUNTAS & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *Gus Fountas*<br>Constantine G. Fountas<br>3340 Pepper Lane<br>Las Vegas, Nevada 89120 | /s/ *Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney |
| *Attorney for Plaintiffs* | *Attorneys for United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 1-24-2020